B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | VOLUNTARY PETITION |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>What A Good Dog, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>26-2626815 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>295 Three Tun Road<br>Frazer, PA<br>ZIP CODE 19355 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Chester | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other  Pet Grooming & Training Facility

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>What A Good Dog, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Eastern District of Pennsylvania | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)                                                                    Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** <br> What A Good Dog, LLC |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> X *[signature]* <br> Signature of Attorney for Debtor(s) <br> James M. Matour, Esq <br> Printed Name of Attorney for Debtor(s) <br> Hangley Aronchick Segal & Pudlin <br> Firm Name <br> One Logan Square, 27th Floor <br> Philadelphia, PA 19103 <br> Address <br> 215 568 6200 <br> Telephone Number <br> 7/20/11 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X *[signature]* <br> Signature of Authorized Individual <br> Carolyn Garson <br> Printed Name of Authorized Individual <br> Vice President <br> Title of Authorized Individual <br><br> _____ <br> Date | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WHAT A GOOD DOG, LLC | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 11- |
| | : | |

LIST OF CREDITORS HOLDING THE
20 LARGEST UNSECURED CLAIMS

The above-captioned debtor (the "Debtor") filed a petition in the Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is the consolidated list of the Debtor's creditors holding the 20 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately July 20, 2011.

The Consolidated List is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the Consolidated List of 20 largest unsecured claims. In addition, this Consolidated List includes only those claims that are subject to invoices received by the Debtors prior to July 20, 2011. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.[1]

---

[1] The Debtor has filed the schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521, Fed. R. Bankr. P. 1007, and Pa. Bankr. L.R. 1007-1(b). The information contained in the Schedules may differ from that set forth below. Furthermore, the Debtors have not yet identified which of their largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff The Debtors reserve the right to identify any claims listed in the Schedules as contingent, unliquidated, disputed and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts are or are not contingent, unliquidated, disputed and/or subject to setoff, nor is it an admission that the amounts listed are owed by more than one of the Debtors.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U D S | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| ERIC EICHLER 1-610-251-9110 | 123 Jaffrey Road Malvern, PA 19355 | LOAN | | $ 879,556.53 |
| DEIRDRE MCCAIN 1-610-525-4532 | 1320 Montgomery Avenue Bryn Mawr, PA 19010 | LOAN | | $ 125,194.54 |
| LANCE FUNSTON | Tower Lane Penn Valley, PA | LOAN | | $ 108,895.89 |
| BETTY MORAN | 314 S. Valley Rd. Paoli, PA 19301 | LOAN | | $ 106,797.26 |
| TIM BOYLAN 1-610-687-4746 | 278 Hothorpe Lane Villanova, PA 19085 | LOAN | | $ 105,993.70 |
| GREGORY FCA 1-610-642-8253 GREG METUSKY | 27 West Athens Avenue, Suite 200 Ardmore, PA 19003 | TRADE DEBT | | $ 66,489.15 |
| MARY BRAWNER 1-484-380-2364 | 110 Arbor Place Bryn Mawr, PA 19010 | LOAN | | $ 64,472.87 |
| AD ANDERSON | P.O. Box 1035 Blue Bell, PA 91422 | LOAN | | $ 59,447.95 |
| JANICE HARVEY 215-477-6330 | 7419 Rhoads St. Philadelphia, PA 19151 | LOAN | | $ 59,447.95 |
| DEBORAH GLASS 1-610-999-6031 | 1000 Green Valley Road Bryn Mawr, PA 19010 | LOAN | | $ 51,381.51 |
| MORGAN, LEWIS 1-215-963-5086 STEPHEN GOODMAN | 1701 Market Street Philadelphia, PA 19103-2921 | TRADE DEBT | | $ 50,336.57 |
| HARTNETT ACCOUNTING 1-302-477-0660 JOHN HARTNETT | 1202 Foulk Road., Suite D Wilmington, DE 19803 | TRADE DEBT | | $ 46,875.00 |
| IRENE CUSHMAN 610-948-0306 | 448 Arch Street Spring City, PA 19475 | LOAN | | $ 29,723.97 |
| BILL & SHARON BIERMANN 1-215-542-8352 | 743 Maple Hill Drive Blue Bell, PA 19422 | LOAN | | $ 27,952.74 |
| JIM & MARY PURTILL 1-610-687-0656 | 651 Darby Paoli Road Villanova, PA 19085 | LOAN | | $ 27,714.38 |

| THE CAT'S INN<br>1-877-228-7466<br>JIM WILLIAMS | 95 South Windsor Avenue<br>Bridgewaters, NY  11718-1516 | TRADE DEBT | | $ 26,287.76 |
|---|---|---|---|---|
| LINE FARR<br>1-610-359-9804 | 50 Old Covered Bridge Road<br>Newtown Square, PA  19073 | LOAN | | $  5,306.99 |
| | | | | |
| | | | | |
| | | | | |

**(4) CUDS** If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S

3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>WHAT A GOOD DOG, LLC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 11-_____ |

## DECLARATION UNDER PENALTY OF PERJURY

I, CAROLYN L. GARSON, declare under penalty of perjury that I have reviewed the foregoing list of creditors holding the twenty largest unsecured claims and that it is true and correct to the best of my information and belief.

Dated: July 20, 2011        By:_____
                            CAROLYN L. GARSON, Vice President
                            What A Good Dog, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :      Chapter 11
                                                    :
WHAT A GOOD DOG, LLC                                :
                                                    :
                                                    :
            Debtor.                                 :      Case No. 11-
_____                 :

LIST OF EQUITY SECURITY HOLDERS

The following is the list of the Debtor's Equity Security Holders which is prepared in accordance with F.R.B.P 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | % of Interest |
|---|---|---|
| Mary Remer | 811 Newtown Road Villanova, PA 19085 | 47.737 |
| F. Timothy Boylan | 278 Hothorpe Lane Villanova, PA 19085 | 16.592 |
| Mary Brawner and Roberta Winemiller | 210 Shoreline Drive Berwyn, PA 19312 | 6.652 |
| Deidre O. McCain and William McCain | 1320 Montgomery Ave. Bryn Mawr, PA 19010 | 6.677 |
| Middy Dorrance and F. Timothy Boylan | 278 Hothorpe Lane Villanova, PA 19085 | 3.354 |
| Wendy Paul | 1257 Upper Gulph Road Radnor, PA 19087 | 2.787 |
| Edgar Scott | Spring Valley Farm Unionville, PA | 3.201 |
| Carolyn Garson | 811 Newtown Road Villanova, PA 19085 | 6.000 |
| John Hartnett | 4023 Greenmount Rd. Wilmington, DE 19810 | 3.000 |
| Kenny Adelberg |  | 2.000 |

| Gail Reber | 38 Clearfield Ave. Norristown, PA 19403 | 1.000 |
|---|---|---|
| Linda White | Reservoir Road West Chester, PA | 1.000 |

2

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WHAT A GOOD DOG, LLC | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 11- |
| | : | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF COMPANY

I, CAROLYN L. GARSON, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: July 20, 2011

_____
CAROLYN L. GARSON, Vice President
What A Good Dog, LLC

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. Sections 152 and 3571.

3

# WHAT A GOOD DOG! LLC

## WRITTEN CONSENT

### July 19, 2011

Pursuant to Section 3.3 of Operating Agreement of What A Good Dog! LLC, the following resolutions were adopted by a majority of the members holding Class A Units of What A Good Dog! LLC via written consent without a meeting:

RESOLVED, that, in the judgment of the Board of Directors of What a Good Dog! LLC ("Company"), it is desirable and in the best interests of the Company, its creditors, partners and other interested parties that a petition be filed by such Company in the United States Bankruptcy Court of the Eastern District of Pennsylvania ("Bankruptcy Court") on or about July 20, 2011 commencing a reorganization case ("Reorganization Case") under Chapter 11 of the Bankruptcy Code;

RESOLVED, that Mary Remer, the President of the Company ("Remer"), and Carolyn Garson, the Vice-President of the Company ("Garson" and Remer and Garson are each hereafter referred to as a "Designated Party"), are each authorized and directed, in the name of the Company and on its behalf, to take such actions as the Designated Party may deem necessary or advisable in connection with commencing and prosecuting the Reorganization Case;

RESOLVED, that the Designated Party is hereby authorized and empowered to retain, on behalf of the Company, the law firm of Hangley Aronchick Segal & Pudlin and such other attorneys, financial advisors, accountants and other professionals as the Designated Party shall deem appropriate in his judgment;

RESOLVED, that the Designated Party is hereby authorized and empowered to execute and deliver for and on behalf of the Company, as debtor and debtor in possession under Chapter 11 of the Bankruptcy Code or prior to the commencement of the Reorganization Case, such agreements, instruments, and any and all other documents necessary or appropriate to facilitate the operation of the Company's business and financing thereof, as any of them may deem necessary, appropriate, or advisable during the pendency of the Reorganization Case, and, in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits, or other materials as the Designated Party may deem necessary, appropriate, or advisable, and to retain all assistance from legal counsel, financial advisors, consultants, accountants, and other professionals, and to take any and all

actions that he deems necessary, appropriate, or advisable in connection with the Reorganization Case;

RESOLVED, that the Designated Party is hereby authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Designated Party shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of these resolutions;

RESOLVED, that all of the acts and transactions of the Designated Party which have been taken, caused to have been taken or made prior to the effective date of these resolutions, in connection with the matters set forth herein, are hereby ratified, confirmed and approved.

_____          _____ 7/19/11
Mary Remer                       F. Timothy Boylan

2011-07-20 - Matrix.txt

Eric Eichler
123 Jaffrey Road
Malvern, PA 19355

Deidre McCain
1320 Montgomery Avenue
Bryn Mawr, PA 19010

Lance Funston
Tower Lane
Penn Valley, PA 19072

Betty Moran
314 S. Valley Road
Paoli, PA 19301

F. Timothy Boylan
278 Hothorpe Lane
Villanova, PA 19085

Gregory FCA
Greg Metusky
27 West Athens Avenue, Suite 200
Ardmore, PA 19003

Mary Brawner
110 Arbor Place
Bryn Mawr, PA 19010

AD Anderson
P.O. Box 1035
Blue Bell, PA 91422

Janice Harvey
7419 Rhoads St.
Philadelphia, PA 19151

Deborah Glass
1000 Green Valley Road
Bryn Mawr, PA 19010

Stephen Goodman
Morgan, Lewis
1701 Market Street
Philadelphia, PA 19103-2921

John Hartnett
Hartnett Accounting
1202 Foulk Road., Suite D
Wilmington, DE 19803

Irene Cushman
448 Arch Street
Spring City, PA 19475

Bill and Sharon Bierman
743 Maple Hill Drive
Blue Bell, PA 19422

Jim and Mary Purtill
651 Darby Paoli Road
Villanova, PA 19085

Page 1

2011-07-20 - Matrix.txt

Jim Williams
The Cat's Inn
95 South Windsor Avenue
Bridgewaters, NY   11718-1516

Line Farr
50 Old Covered Bridge Road
Newtown Square, PA   19073

Charlie N. Shurr, Jr.
Hartman Shurr
1100 Berkshire Boulevard, Ste 301
P.O. Box 5828
Wyomissing, PA 196610

Mary Remer
811 Newtown Road
Villanova, PA 19085

Carolyn L. Garson
811 Newtown Road
Villanova, PA 19085

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Commonwealth of Pa, Department of Labor and Industry
444 N. 3rd Street, Suite 3B
Philadelphia, PA 19123

Commonwealth of Pa, Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

City of Philadelphia - Law Department - Tax Unit
One Parkway Building
1515 Arch Street, 15th Floor
Philadelphia, PA 19102-1595

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346